UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| GLENN MORI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:23-cv-_____ |
| | ) | |
| HUGGINS HOSPITAL, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF REMOVAL
## AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441, Defendant HUGGINS HOSPITAL, by and through its attorneys, JACKSON LEWIS P.C., hereby removes this action from the Superior Court of the State of New Hampshire, Carroll County, to the United States District Court for the District of New Hampshire.

In support of this Notice of Removal, Defendant states as follows:

1.      By Complaint filed on or about May 9, 2023, Plaintiff Glenn Mori instituted claims against Defendant in the Carroll County Superior Court alleging discrimination, harassment, and retaliation on the basis of religion in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq. and NH RSA 354-A, et seq, and wrongful discharge under state law. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint are attached hereto as Exhibit 1, certified copies of which will be forwarded upon receipt of the state court record from the Carroll County Superior Court.

2.       Pursuant to 28 U.S.C. § 1446(a), this notice of removal is timely filed within thirty (30) days of May 24, 2023, the date on which counsel for Defendant received the Complaint and Summons, with a request to waive service, from Plaintiff's counsel.

3.       Defendant has not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the state court.

4.       This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 U.S.C. §1331. Specifically, Plaintiff alleges alleging discrimination, harassment, and retaliation on the basis of religion in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq. and NH RSA 354-A, et seq, and wrongful discharge under state law.

5.       Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6.       As this action could have been commenced in this Court, removal is proper. 28 U.S.C. §1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. §1367(a).

Respectfully Submitted,
HUGGINS HOSPITAL,
By its attorneys,
JACKSON LEWIS P.C.,

Date:   June 21, 2023       By:     /s/K. Joshua Scott
                                          K. Joshua Scott, NHBA# 17479
                                          100 International Drive, Suite 363
                                          Portsmouth, NH 03801
                                          603.559.2711 | Direct
                                          joshua.scott@jacksonlewis.com

Certificate of Service

    I hereby certify that a copy of the foregoing was this day served via email on Leslie H. Johnson, Esq. (leslie@lesliejohnsonlaw.com), counsel for Plaintiff, and via the state court's electronic filing system on Abigail Albee, Clerk, Carroll County Superior Court, 96 Water Village Road, Box 3, Ossipee, NH 03894.

Date:   June 21, 2023          By:    /s/K. Joshua Scott
                                          K. Joshua Scott

4890-5420-0682, v. 1