UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Glenn Mori
        Plaintiff

v.                                            1:23-CV-00328-AJ

Huggins Hospital
        Defendant

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendant, by their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

                                      Respectfully submitted,
                                      **Glenn Mori, Plaintiff**
                                      By his attorney

Dated: June 30, 2025                      /s/ Leslie H. Johnson
                                      Leslie H. Johnson, Esquire - #5545
                                      Law Office of Leslie H. Johnson, PLLC
                                      PO Box 265
                                      Center Sandwich, NH 03227
                                      603.284.6600
                                      leslie@lesliejohnsonlaw.com

                                      Respectfully Submitted,
                                      HUGGINS HOSPITAL,
                                      By its attorneys,
                                      JACKSON LEWIS P.C.

Date:  June 30, 2025          By:    /s/K. Joshua Scott
                                      K. Joshua Scott, NHBA# 17479
                                      100 International Drive, Suite 363
                                      Portsmouth, NH 03801
                                      603.559.2711 | Direct
                                      joshua.scott@jacksonlewis.com

**CERTIFICATION**

I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.

_____/s/ Leslie H. Johnson_____
Leslie H. Johnson, Esquire